USDC SCAN INDEX SHEET

AXR 9/30/04 13:30

3:04-CR-01070 USA V. FITZGERALD

*30*

*CRINFOSPS.*

FILED
SEP 30 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSEPHINE FITZGERALD<br><br>Defendant. | ) | Criminal Case No. 04-CR-1070-W<br><br>INFORMATION<br>(Superseding)<br><br>Title 26, U.S.C., Sec. 7206 - Assisting in the Preparation of a False Tax Return<br>Title 18, U.S.C., Sec. 2- Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about October 20, 1998, within the Southern District of California and elsewhere, defendant JOSEPHINE FITZGERALD did willfully assist in the preparation of a materially false tax return for the calendar year 1997, by grossly inflating the cost of goods sold in the sales of counterfeit sports memorabilia for the corporate tax return of Stan's Sports Memorabilia, in violation of Title 26, United States Code, Section 7206, and Title 18, United States Code, Section 2.

DATED: September 30, 2004.

CAROL C. LAM
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney

30