USDC SCAN INDEX SHEET

















```
AXR     9/30/04     13:42
3:04-CR-01070    USA V. FITZGERALD
*31*
*CRWV.*
```

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

SEP 3 0 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JOSEPHINE FITZGERALD          CASE NUMBER: 04-CR-1070-W

I, JOSEPHINE FITZGERALD, the above named defendant, who is accused of Assisting in the Preparation of a False Tax Return, in violation of Title 26, United States Code, Section 7206 and Title 18, U.S.C., Sec. 2; having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on September 30, 2004, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOSEPHINE FITZGERALD
Defendant

_____
Louis Esposito, Esq.
Counsel for Defendant

Before: _____
JUDICIAL OFFICER