USDC SCAN INDEX SHEET










AXR    9/30/04    13:55

3:04-CR-01070    USA V. FITZGERALD

*34*

*CRINFOSPS.*

FILED

SEP 3 0 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 04-CR-1070-W |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | (Superseding) |
| v. | ) | 26 |
| | ) | Title 26, U.S.C., Sec. 7201 - |
| DONNA FITZGERALD | ) | Tax Evasion |
| | ) | Title 18, U.S.C., Sec. 2- |
| Defendant. | ) | Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about April 15, 2000, within the Southern District of California and elsewhere, defendant DONNA FITZGERALD did willfully attempt to evade and defeat a large part of the income tax due and owing by her to the United States of America for the calendar year 1999, by failing to file an income tax return and failing to declare income from the sales of counterfeit sports memorabilia that was deposited into the account of Autograph Memorabilia, Inc., whereas, as she then and there well knew and believed, there was due and owing a substantial income tax to the United States of America, in violation of Title 26, United States Code, Section 7201 and Title 18, United States Code, Section 2.

DATED: September 30 2004

CAROL C. LAM
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney