USDC SCAN INDEX SHEET










```
AXR    9/30/04    14:04
3:04-CR-01070   USA V. FITZGERALD
*35*
*CRWV.*
```

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 3 0 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

DONNA FITZGERALD           CASE NUMBER: 04-CR-1070-W

I, JOSEPHINE FITZGERALD, the above named defendant, who is accused of Tax Evasion, in violation of Title 26, United States Code, Section 7201 and Title 18, U.S.C., Sec. 2; having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on September 30, 2004, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DONNA FITZGERALD
Defendant

_____
Blair Zwillman, Esq.
Counsel for Defendant

Before: _____
        JUDICIAL OFFICER