USDC SCAN INDEX SHEET










AXR    10/13/04    8:31

3:04-CR-01070   USA V. FITZGERALD

*38*

*CRMO.*



**Minutes of the United States District Court
Southern District of California
Tuesday, October 12, 2004**

2004CR01070-W

**For the Honorable:   Thomas J. Whelan   District Judge**
**Deputy Clerk:   Corey Tremble   Court Reporter/ECR:**

On Calendar:

2004CR01070-W

| USA vs. | Lang Booking # | |
|---|---|---|
| (2)DONNA FITZGERALD (R) | ENG | (2) Inge Brauer  RET |
| MTD: 12-23-2004 | | 619 238-1031 |
| | | (2) Blair R. Zwillman  RET |
| | | 732 855-6150 |
| | | Melanie K. Pierson  AUSA |
| | | 619 557-7455 |

STATUS HRG (2)

Minutes:

**IN CHAMBERS ORDER**

**NO PARTIES PRESENT.**

**THE COURT ORDERS THE MOTION FOR DISCOVERY (23-1) WITHDRAWN.**