Case 3:04-cr-01070-W   Document 48   Filed 01/26/05   PageID.437   Page 1 of 2

USDC SCAN INDEX SHEET










AXR    1/27/05    9:34

3:04-CR-01070    USA V. FITZGERALD

*48*

*CRSATJGM.*

| | |
|---|---|
| 1 | CAROL C. LAM<br>United States Attorney |
| 2 | LEAH R. BUSSELL<br>Assistant U. S. Attorney |
| 3 | California State Bar No. 141400<br>Office of U.S. Attorney |
| 4 | Federal Office Building<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893<br>Telephone: (619) 557-7466 |
| 6 | Attorneys for Plaintiff |

FILED
05 JAN 26 PM 2: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Court No. 04CR1070W |
| Plaintiff, | ) | |
| v. | ) | SATISFACTION OF JUDGMENT |
| DONNA FITZGERALD, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The judgment entered in this case on January 12, 2005 has been paid in full. The clerk is authorized to enter full satisfaction of the judgment on the record.

DATED: 1/25/05

CAROL C. LAM
United States Attorney

LEAH R. BUSSELL
Assistant U. S. Attorney