USDC SCAN INDEX SHEET










AXR    2/3/05    9:29
3:04-CR-01070   USA V. FITZGERALD
*49*
*CRSATJGM.*

| | |
|---|---|
| 1  CAROL C. LAM<br>   United States Attorney<br>2  MARY C. LUNDBERG<br>   Assistant U. S. Attorney<br>3  California State Bar No. 120630<br>   Office of U.S. Attorney<br>4  Federal Office Building<br>   880 Front Street, Room 6293<br>5  San Diego, California 92101-8893<br>   Telephone: (619) 557-7466<br>6  Attorneys for Plaintiff | FILED<br><br>05 FEB -2 PM 2:50<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPHINE FITZGERALD,<br><br>  Defendant. | Court No. 04CR1070W<br><br><br>SATISFACTION OF JUDGMENT |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The judgment entered in this case on January 12, 2005 has been paid in full. The clerk is authorized to enter full satisfaction of the judgment on the record.

DATED: 2-1-05

CAROL C. LAM
United States Attorney

MARY C. LUNDBERG
Assistant U. S. Attorney