USDC SCAN INDEX SHEET

















HBH    4/4/06    14:59

3:04-CR-01070   USA V. FITZGERALD

*67*

*CR12B.*

PROB 12B
(7/93)

March 29, 2006

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA FILED

06 APR -4 PM 12: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

BY:

DEPUTY

**Name of Offender:** FITZGERALD, Donna (English)

**Dkt No.:** 04-CR-1070-002-W

**Reg. No.:** 26313-050

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge

**Date of Sentence:** January 10, 2005

**Original Offense:** 26 U.S.C. § 7102 and 18 U.S.C. § 2, Tax Evasion, Aiding and Abetting, a Class D Felony.

**Sentence:** 2 years probation. (*Special Conditions: no firearms; submit to a search; participate in a program of mental health treatment, take all medications as prescribed; be prohibited from opening checking account or incurring new credit without approval; not engage in the employment of selling sports and celebrity memorabilia or any forged or fraudulent items.*) $1000 fine, $19,326 restitution, and $100 special assessment.

**Type of Supervision:** Probation

**Date Supervision Commenced:** January 10, 2005

**Asst. U.S. Atty.:** Melanie K. Pierson

**Defense Counsel:** Blair R. Zwillman, (Retained)
(732) 855-6150

**Prior Violation History:** None.

---

## PETITIONING THE COURT

TO ORDER PROBATION PREVIOUSLY IMPOSED ON JANUARY 10, 2005, BE TERMINATED.

PROB 12B

Name of Offender: Donna FITZGERALD

March 29, 2006

Docket No.: 04-CR-1070-002-W

Page 2

## CAUSE

Since being released from custody, Ms. Fitzgerald has been supervised by the Middle District of Pennsylvania, Harrisburg office. Throughout the course of supervision, the offender has been self employed on a full-time basis selling used videos, and books. Ms. Fitzgerald currently resides with her mother-in-law, and when her husband (codefendant) is released from custody in September 2006, she will resume residing with him. She has remained compliant with the conditions of her probation, and satisfied all of her monetary obligations in January 2005. There has been no indication that she has been involved in criminal activity or violation behavior. Due to her level of compliance, the District of Pennsylvania requests that the Court order early termination of her supervision term at this time. The assistant U.S. attorney, Melanie Pierson, was contacted and has no objections to an early termination for the offender's case.

Respectfully submitted:

Reviewed and approved:

by _Trisha Skalmusky_

Trisha Skalmusky

U.S. Probation Officer

(619) 557-5756

Date: March 29, 2006

Julia Jauregui

Supervising U.S. Probation Officer

Attachments: J&C, PSR

## THE COURT ORDERS:

__X__ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

_____ Other _____

_____

_____

The Honorable Thomas J. Whelan

U.S. District Judge

4/3/06

Date